UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| GLOBAL PYROTECHNIC SOLUTIONS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Plaintiff, the United States of America, by and through its undersigned

counsel, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jane

Rund, Assistant United States Attorney for said District, and for its cause of action the

Defendant, state as follows:

1.  Plaintiff is the United States of America ("United States") and this Court has

jurisdiction over the subject matter of this action by virtue of Title 28, United States Code,

Section 1345.  This is a debt collection action pursuant to the Federal Debt Collection

Improvement Act of 1996, 31 U.S.C. §3701, *et seq.*

2.      Defendant Global Pyrotechnic Solutions, Inc.  ("GPS") resides within the

boundaries of the Eastern Division of the Eastern District of Missouri.

3.      Defendant GPS is indebted to Plaintiff United States of America in the amount

$35,794.33, which includes a current principal amount of $20,100.00, interest of $899.13 and

costs and administrative fees of $14,798.20, pursuant to 31 U.S.C. §§ 3717(e), 3711 (g)(6), and

28 U.S.C. §527.  This debt arose in connection with the defendants' May 2014 default on $22,000.00 of citations for violations of Occupational Safety and Health Administration codes.

4.      On March 3, 2014, Defendants and the U.S. Department of Labor entered into a Stipulation and Settlement Agreement to resolve these citations approved by the Administrative Law Judge. Attached hereto as Exhibits "1" and "2".

5.      On January 31, 2015, after GPS failed to make payments, a demand letter was sent by the Department of Treasury Financial Management Service to Defendant GPS Attached hereto as Exhibit "3" is the Demand Letter dated January 31, 2015.

6.      Demand letters were sent again to Defendant GPS by a private collection agency on March 9, 2015, March 20, 2015 and November 3, 2015 in attempts to collect this debt. Attached hereto as Exhibit "4" are the Demand Letters.

7.   Attached hereto as Exhibit "5" is a Certificate of Indebtedness prepared by the U. S. Department of the Treasury, Financial Management Service, acting on behalf of U.S. Department of Labor, Occupational Safety and Health Administration, establishing the basis for Defendants' GPS' liability of a total debt of $35,794.33.

WHEREFORE, the United States of America prays for judgment against the Defendant Global Pyrotechnic Solutions, Inc. in the sum of $20,100.00 principal, with interest of $899.13, and administrative fees of $14,798.20, for a total of $35,794.33, and for such other and further relief as the Court may deem proper.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Jane Rund
JANE RUND   #47298 MO
Assistant United States Attorney
111 South Tenth Street, Room 20.333
St. Louis, MO 63102
(314) 539-7636
(314) 539-2287  fax
Email:  jane.rund@usdoj.gov



Government
Exhibit

1

UNITED STATES OF AMERICA
OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION

-----------------------------------
SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,
                    Complainant,        OSHRC DOCKET
                                        NO. 12-2162
    v.

GLOBAL PYROTECHNIC SOLUTIONS, INC.,

                    Respondent.
-----------------------------------

## STIPULATION AND SETTLEMENT AGREEMENT

The Secretary of Labor, United States Department
of Labor, hereinafter referred to as the "Secretary,"
and Global Pyrotechnic Solutions, Inc., hereinafter
referred to as "Respondent," by and through its
attorney of record, Julie O'Keefe, Esquire, and the law
firm of Armstrong Teasdale LLP, stipulate and agree as
follows:

1.   (a)  Based on a reevaluation of the evidence
and a reconsideration of the statutory factors on which
the proposed penalties are determined, including
Respondent's presentation of financial documentation
and verification that Respondent's Department of
Defense contract has not been re-newed, the Secretary
hereby amends Citation number 1 as follows:

4AAV0003EVW

| Item | Proposed Penalties | Amended Penalties | Other Amendments (*OTS = OTHER THAN SERIOUS) |
|---|---|---|---|
| 1 | $3500 | $0 | Vacate. Respondent agrees to install vapor accumulation monitors & air exchange vents on the sides of the building in order to facilitate natural ventilation |
| 2 | $3500 | $0 | Vacate. Same abatement as set forth in Item 1 |
| 3 | $4900 | $0 | Vacate |
| 4a | $4900 | $500 | Amend to OTS* |
| 4b | Grouped | Grouped | Amend to OTS |
| 5 | $4900 | $1700 | No other changes |
| 6a | $4900 | $3000 | Amend cited standard to §1910.119(e)(3) and reference AVD as Instance A.  Move items 6b thru 6g into item 6a as separate instances and designate Item 6a as Item 6 |
| 6b | Grouped | N/A | Delete reference to cited standard. Move amended AVD to Item 6a as Instance B and delete all reference to Item 6b |
| 6c | Grouped | N/A | Delete reference to cited standard. Move amended AVD to Item 6a as Instance C and delete all reference to Item 6c |
| 6d | Grouped | N/A | Delete reference to cited standard. Move amended AVD to Item 6a as Instance D and delete all reference to Item 6d |
| 6e | Grouped | N/A | Delete reference to cited standard. Move amended AVD |

| | | | |
|---|---|---|---|
| | | | to Item 6a as Instance E and delete all reference to Item 6e |
| 6f | Grouped | N/A | Delete reference to cited standard. Move amended AVD to Item 6a as Instance F and delete all reference to Item 6f |
| 6g | Grouped | N/A | Delete reference to cited standard. Move amended AVD to Item 6a as Instance G and delete all reference to Item 6g |
| 7 | $4900 | $0 | Vacate Item |
| 8 | $4900 | $0 | Vacate Item. Respondent shall purchase a radio communications system utilizing lower frequencies |
| 9 | $4900 | $1700 | No other changes |
| 10 | $4900 | $1700 | Amend to OTS |
| 11 | $4900 | $300 | Amend to OTS |
| 12 | $4900 | $300 | Amend to OTS |
| 13 | $4900 | $0 | Vacate Item |
| 14 | $4900 | $1700 | No other changes |
| 15 | $4900 | $1700 | No other changes |
| 16 | $4900 | $0 | Vacate Item |
| 17 | $4900 | $300 | Amend to OTS |
| 18a | $4900 | $300 | Amend to OTS |
| 18b | Grouped | N/A | Vacate Item |
| 19 | $4900 | $0 | Vacate Item |
| 20 | $4900 | $2000 | Amend reference in AVD by deleting "100%" |
| 21 | $4900 | $1700 | No other changes |
| 22a | $3500 | $1700 | No other changes |
| 22b | Grouped | Grouped | No other changes |
| 23 | $4900 | $0 | Vacate Item |
| 24a | $3500 | $1700 | No other changes |

3

| 24b | Grouped | Grouped | No other changes |
|-----|---------|---------|------------------|
| 25  | $4900   | $1700   | No other changes |

Based on a reevaluation of the evidence and a reconsideration of the statutory factors on which the proposed penalties are determined, including Respondent's presentation of financial documentation and verification that Respondent's Department of Defense contract has not been re-newed, the Secretary hereby amends Citation number 2 as follows:

| Item | Proposed Penalties | Amended Penalties | Other Amendments |
|------|--------------------|-------------------|------------------|
| 1 | $0 | N/A | Vacate item |
| 2 | $0 | N/A | Vacate Item; Employees shall be retrained to not leave vehicles running when parked |
| 3 | $0 | N/A | Vacate item |
| 4 | $0 | N/A | Vacate item; materials new to the process and replacement spare parts shall be subjected to a "test run" to assure compatibility |
| 5 | $0 | $0 | Vacate Item |
| 6 | $ | $0 | No other changes |

The Citations and notifications of proposed penalties are deemed amended accordingly.

2.    Respondent hereby withdraws its notice of contest to the citations and the proposed penalties, as amended herein.  In support of its withdrawal,

4

Respondent states:

      (a)  That the abatement of all items of
Citation numbers 1 and 2, as amended herein, have been
or will be  accomplished and agrees that the final
abatement date for said items, as amended, shall be
sixty (60) days from the date that the Administrative
Law Judge signs an Order approving this Stipulation and
Settlement Agreement.  Respondent will comply with all
applicable abatement verification provisions of 29
C.F.R. § 1903.19, including but not limited to, all
certification, documentation, and posting requirements.
Abatement certification shall be accomplished within 10
calendar days after the abatement date by mailing a
letter to William McDonald, Area Director, St. Louis
Area Office of the Occupational Safety and Health
Administration, 1222 Spruce Street, Room 9.104, St.
Louis, Missouri 63103, stating that abatement has been
completed, the date and method of abatement, and that
affected employees and their representatives have been
informed of the abatement.  Any required abatement
documentation shall be submitted along with the
abatement certification;

      (b)  That affected employees are not
represented by an authorized employee representative,
and, therefore, a copy of this Stipulation and
Settlement Agreement will be posted at Respondent's

5

workplace on March 4, 2013, at Respodents
employee bulletin board
[PLEASE INSERT LOCATION WHERE AGREEMENT IS TO BE POSTED]

where it may be viewed by its employees.  The Agreement
will remain posted until it becomes a final order of
the Commission;

        (c)   (c)   That it will tender payment of the
total amended penalty of $22,000.00 to the Secretary's
representative at the St. Louis  Area Office of the
Occupational Safety and Health Administration, 1222
Spruce Street, Room 9.104, St. Louis, Missouri 63103,
as follows:  Respondent shall deliver to the
Secretary's representative twenty-three (23)
consecutive monthly payments of $950.00 and one (1)
final payment of $150.00.  The first payment shall be
due on the first day of the month which occurs at least
sixty (60) days following the issuance of an Order by
the Administrative Law Judge approving this Stipulation
and Settlement Agreement.  Thereafter, each succeeding
payment shall be due on the first day of each month
thereafter until such time as the total reduced penalty
of $22,000.00 is paid in full.

    Nothing contained herein shall prohibit Respondent
from making some or all of the payments due prior to
their actual due date(s).  Failure to make any payment
when due will, upon the discretion of the St. Louis,

6

Missouri OSHA Area Director, and upon the delivery of
written demand to Respondent, cause the remaining
balance to become immediately due and payable.  The
parties agree that any unpaid balance under this
agreement is a debt owing to the United States and is
subject to the Debt Collection Act of 1982 (Public Law
97-365) and the Debt Collection Improvement Act of
1996, 31 U.S.C. §§ 3701-3719.

     3.    Nothing in the Agreement shall affect the
entry of the Final Order in this case or the
utilization and introduction of the Final Order in
pending or subsequent proceedings under the Act for any
purpose. Respondent represents that its agreement to
take any of the proposed actions set forth herein, its
payment of any proposed penalty, its execution of this
Stipulation of Settlement, and any pleadings filed by
either party in this action shall not be deemed to be
admissions by Respondent cf any fault or liability or
that Respondent caused or contributed to the injury,
illness or death of any person or damage to any
property in any claim or proceeding which now exists or
may arise by any person, agency, or entity.

     The parties are entering into this Agreement
without any prejudice to or waiver of their rights to
raise any defense or argument in any future or pending
proceedings under the Act.  The parties retain the

right to assert in any pending or subsequent
proceedings that any conditions identical or similar to
those alleged in this matter do or do not violate the
Occupational Safety and Health Act or any standard
promulgated thereunder.

 4. The Secretary and Respondent agree that based
on the foregoing representations of Respondent, an
order may be entered of record showing that Respondent
has withdrawn its notice of contest and entering the
citations and notifications of proposed penalties, as
amended herein, as a final order of the Commission.

 5. Further, each party hereby agrees to bear its
own fees and other expenses incurred by such party in
connection with any stage of this proceeding, including
but not limited to, attorney's fees, costs, and other
expenses which may be available under the Equal Access to
Justice Act (5 U.S.C. § 504), as amended.

8

Dated this _3rd_ day of _MARCH_ , 2014.

M. Patricia Smith
Solicitor of Labor

Global Pyrotechnic      Chris Z. Heri
Solutions, Inc.,         Regional Solicitor

H. Alice Jacks
Associate Regional Solicitor

By _____     _____
  Julie O'Keefe, Esquire    Evert H. Van Wijk
                          Attorney

Armstrong Teasdale LLP    Two Pershing Square Bldg.
7700 Forsyth Blvd.,       2300 Main Street Suite 1020
Suite 1800                Kansas City, MO 64108
St. Louis, MO 63105      (816) 285-7281
(314) 621-5070          (816) 285-7287 (fax)
(314) 621-5065 (fax)

Attorneys for Respondent  Attorneys for
Global Pyrotechnic       Secretary of Labor,
Solutions, Inc.          U.S. Department of Labor

<u>NOTICE TO EMPLOYEES OR EMPLOYEE REPRESENTATIVE</u>

The attached Stipulation and Settlement Agreement has been entered into by the parties hereto, and is being submitted to the Occupational Safety and Health Review Commission for entry as a final order.  If you have any comments on the Stipulation and Settlement Agreement, you may submit them within ten days of service or posting of the stipulation to:

> Judge Sharon D. Calhoun
> Occupational Safety and Health
>   Review Commission
> 1924 Building - Room 2R90
> 100 Alabama Street, S.W.
> Atlanta, Georgia 30303-3104

A copy of such comments should also be sent to:

> H. Alice Jacks
> Associate Regional Solicitor
> U.S. Department of Labor
> Two Pershing Square Building
> 2300 Main Street Suite 1020
> Kansas City, Missouri 64108

Served and/or posted this ___4th___ day of _March_ ,
2014.



Government
Exhibit

2



United States of America
**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**
1924 Building - Room 2R90, 100 Alabama Street, S.W.
Atlanta, Georgia 30303-3104

Secretary of Labor,

     Complainant,

v.                                                                OSHRC Docket No. **12-2162**

Global Pyrotechnic Solutions, Inc.,

     Respondent.

### Order Approving Stipulation and Settlement Agreement

Respondent, by letter dated September 7, 2012, contested a serious and other citation issued to it on September 4, 2012.

On March 3, 2014, the fully executed Stipulation and Settlement Agreement was received from the parties which resolve the issues pending before the Commission. The stipulation and settlement agreement having been considered, it is ORDERED:

1. The terms of the stipulation and settlement are approved and incorporated herein as part of this order;

2. The citations and proposed penalties issued to respondent on September 4, 2012, are amended, reclassified, regrouped and vacated in accordance with the terms of the stipulation and settlement agreement and an amended penalty in the amount of $22,000.00 is assessed; and

3. The Respondent withdraws its notice of contest, pursuant to the terms of stipulation and settlement agreement.

SO ORDERED.

*Sharon D. Calhoun*

Date: **March 3, 2014**

          **Judge Sharon D. Calhoun**
          1924 Building, Suite 2R90
          100 Alabama Street, S.W.
          Atlanta, Georgia 30303-3104
          Phone: (404) 562-1640 Fax: (404) 562-1650

Secretary of Labor v. Global Pyrotechnic Solutions, Inc.,
Docket No.: 12-2162

### Certificate of Service

I hereby certify that a copy of the Notice of Order and Report with accompanying Order Approving Stipulation and Settlement Agreement in this case was mailed to the parties listed below by first class mail on March 3, 2014.

For the Secretary:
Evert H. Van Wijk, Esquire
Office of the Solicitor
U.S. Department of Labor
Two Pershing Square Bldg.
2300 Main Street Suite 1020
Kansas City, MO 64108

For the Employer:
Julie O'Keefe, Esquire
Armstrong Teasdale, LLP
7700 Forsyth Blvd.,
Suite 1800
St. Louis, MO 63105

*Elizabeth M. Carver*
Elizabeth M. Carver, Legal Assistant
Occupational Safety & Health Review Commission
100 Alabama Street, SW., Room 2R90
1924 Building
Atlanta, GA 30303-3104
Phone:   404-562-1640
Fax:      404-562-1650

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 830794
BIRMINGHAM, AL  35283-0794




Government
Exhibit

3

January 31, 2015


GLOBAL PYROTECHNIC SOLUTIONS  INC.
c/o SUSAN HARVEY Business Contact
10476 SUNSET DRIVE
DITTMER, MO  63023

FedDebt Case Identification: 2015024556A
Agency Debt Identification: 279658A489021

Your unpaid delinquent debt owed to the Department of Labor, Occupational Safety and Health Admin, OSHA, has been
referred to the U.S. Department of the Treasury for collection.  According to the records of the Department of Labor, you
owe $21,080.16.

Collection action will continue unless you make payment, within ten (10) days from the date of this letter, in the amount
of $26,982.60, which includes all applicable fees, interest, and penalties, as of today.

If you wish to avoid further collection action and additional charges, you must immediately pay your debt.  Your check
or money order should be made payable to the U.S. Treasury-FMS.  To ensure proper credit to your account, please
include the FedDebt Case Identification Number 2015024556A in the memo section of your payment.  Please note that
we accept credit card payments via MasterCard, Visa, Discover, or American Express.  Please send your payment with
the attached PAYMENT COUPON to:  U.S. Department of the Treasury - FMS
                                                               Debt Management Services
                                                               Post Office Box 979101
                                                               St. Louis, MO  63197-9000

You may also make an electronic payment via pay.gov:
                            (https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=16531440).

Correspondence should be mailed to:  U.S. Department of the Treasury
                                                            Debt Management Services
                                                            Post Office Box 830794
                                                            Birmingham, AL  35283-0794

If you are unable to pay your debt in full, please contact a Customer Service Representative toll free at (888) 826-3127,
or the Telecommunications Device for the Deaf (TDD) at (866) 896-2947.

U. S. Department of the Treasury
Debt Management Services

DSBDL__003_  fdv1                          Detach Here          00000027292015024556A DL__0039278005 108

PAYMENT COUPON

GLOBAL PYROTECHNIC SOLUTIONS  INC.
c/o SUSAN HARVEY Business Contact
10476 SUNSET DRIVE
DITTMER, MO  63023

FedDebt Case Identification Number:   2015024556A
Amount Due:   $26,982.60
Amount Enclosed:   _____

METHOD OF PAYMENT (check one):
*Make check/money order payable to:  U.S. Department of Treasury - FMS*
☐ Personal/Company Check      ☐ Money Order   ☐ Bank Check
☐ Visa        ☐ MasterCard        ☐ Discover  ☐ American Express
Credit Card Account Number:   _____

Remit to:
U.S. Department of the Treasury -- FMS
Debt Management Services
Post Office Box 979101
St. Louis, MO  63197-9000

Expiration Date: _____   Authorized Amount: _____

Authorized Signature:  _____




Government Exhibit
4

| | |
|---|---|
| CALL: | (866)895-4766 |
| ORIGINAL CREDITOR: | Department of Labor |

Corporate Address: 1309 Technology Pkwy, Cedar Falls, IA 50613
Hours of Operation: 9:00 a.m.- 5:00 p.m. CT Monday-Friday

| Debt Identification Number: | 2015024556A |
|---|---|
| Principal Balance: | $20,100.00 |
| Interest: | $172.78 |
| Penalty: | $936.16 |
| Fees: | $5,951.31 |
| Current Debt Balance: | $27,160.25 |

Dear  GLOBAL PYROTECHNIC SOLUTIONS:                                                                 03/09/15

This letter serves as official notice that your past due account has been referred to The CBE Group, Inc. (CBE). CBE is a private collection agency that has been contracted with by the U. S. Department of the Treasury, Bureau of the Fiscal Service to collect your outstanding balance in accordance with the Debt Collection Improvement Act of 1996.

Due to your failure to honor this obligation, the entire balance of your account is due. Pursuant to the policy of the creditor:

- Your account may have been reported to the credit bureaus, which could be detrimental when attempting to obtain credit in the future.
- Depending on your creditor agency, the Department of the Treasury may be authorized to offset future eligible government payments such as income tax refunds, government contract funding, social security pension and other financial assistance provided by the government.
- Should you not resolve your debt, your debt may be reviewed for possible referral by Bureau of the Fiscal Service to the U.S. Department of Justice for legal action.

As of the date of this letter, you owe $27,160.25. Because of interest and other charges assessed by your creditor that may vary from day to day, the amount due on the day you pay may be greater. Thus, if you pay the total amount due shown above, an adjustment may be necessary after the U.S. Department of the Treasury receives your check, in which event we will inform you.

Please pay the total amount due of $27,160.25 . To ensure proper credit, please note your debt identification number, name and address on your check and mail it with the bottom portion of this letter in the enclosed envelope. If you are financially unable to pay the full balance at this time, please call us to discuss payment options. We can be reached at (866)895-4766 or by email at FDRcustomerservice@cbegroup.com.

**This is an attempt to collect a debt; any information obtained will be used for that purpose.**
**This communication is from a debt collector.**

Please call our office with any change in your name, address or phone number.

190CDCBEG100702

PLEASE DETACH AND RETURN WITH ENCLOSED ENVELOPE



PO BOX 2040
WATERLOO, IA 50704-2040
CHANGE SERVICE REQUESTED

| | |
|---|---|
| IF PAYING BY CREDIT CARD, FILL OUT BELOW | CHECK CARD USING FOR PAYMENT |
| CARD NUMBER          EXP DATE | |
| SIGNATURE | VISA  AMERICAN EXPRESS  MasterCard |
| ACCOUNT #:  2015024556A       DATE:  03/09/15 | DISCOVER  Diners Club International |
| PLEASE PAY THIS AMOUNT:  $27,160.25 | AMOUNT ENCLOSED: |

| | |
|---|---|
| Do not send cash | 03/09/15 |
| Note your debt identification number on your check | CALL: (866)895-4766 |
| Make checks payable to US Department of the Treasury | CS Number:  10-000703786 |
| Return this portion with your payment | |

0702        540640967
GLOBAL PYROTECHNIC SOLUTIONS
10476 SUNSET DR
DITTMER, MO 63023

FMS DMS CBE GROUP INC. (CGI)
PO BOX 979110
ST. LOUIS, MO 63197-9000

979110 2015024556A 0002716025 2



**CBE group**

Corporate Address:  1309 Technology Pkwy, Cedar Falls, IA 50613
Hours of Operation:  9:00 a.m.- 5:00 p.m. CT Monday-Friday

CALL:          (866)895-4766

ORIGINAL CREDITOR:  Department of Labor

| | |
|---|---|
| Debt Identification Number: 2015024556A | |
| Principal Balance: | $20,100.00 |
| Interest: | $172.78 |
| Penalty: | $936.16 |
| Fees: | $5,951.31 |
| Current Debt Balance: | $27,160.25 |

Dear  GLOBAL PYROTECHNIC SOLUTIONS:                                      03/20/15

This letter is regarding your account with the above-referenced original creditor, which was referred to The CBE Group, Inc. by the U.S. Department of the Treasury to collect the balance due in full.

To help us determine your ability to repay your debt to the U.S. Department of the Treasury, please complete the enclosed financial statement and send it to P.O. Box 2040, Waterloo, IA 50704-2040. Completed financial statements can also be returned via fax (866) 912-1304.  Please call (866)895-4766 if you have any questions.

The information will be used to evaluate your ability to pay your account.  It may be disclosed to government agencies and their contractors, to employers, lenders and others to enforce this debt; to third parties in audits, research or disputes about the management of this debt; and to parties with a right to this information. These uses are explained in the Federal Register of March 2, 2007, 72 FR 9611, amending FMS System of Records .014, published in 70 FR 34529 on June 14, 2005.

As of the date of this letter, you owe $27,160.25. Because of interest and other charges assessed by your creditor that may vary from day to day, the amount due on the day you pay may be greater. Thus, if you pay the total amount due shown above, an adjustment may be necessary after the U.S. Department of the Treasury receives your check, in which event we will inform you.

**This is an attempt to collect a debt; any information obtained will be used for that purpose.**
**This communication is from a debt collector.**

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**
Please call our office with any change in your name, address or phone number.

199CDCBEG100722

PLEASE DETACH AND RETURN WITH ENCLOSED ENVELOPE

PO BOX 2040
WATERLOO, IA 50704-2040
CHANGE SERVICE REQUESTED

IF PAYING BY CREDIT CARD, FILL OUT BELOW

| CARD NUMBER | | EXP DATE | CHECK CARD USING FOR PAYMENT |
|---|---|---|---|
| SIGNATURE | | | |
| ACCOUNT #: 2015024556A | | DATE: 03/20/15 | |
| PLEASE PAY THIS AMOUNT: $27,160.25 | | AMOUNT ENCLOSED: | |

Do not send cash
Note your debt identification number on your check
Make checks payable to US Department of the Treasury
Return this portion with your payment

03/20/15
CALL: (866)895-4766
CS Number:  10-000703786

0722     549763520
GLOBAL PYROTECHNIC SOLUTIONS
10476 SUNSET DR
DITTMER, MO 63023

FMS DMS CBE GROUP INC. (CGI)
PO BOX 979110
ST. LOUIS, MO 63197-9000

979110 2015024556A 0002716025 2

2015024556A

PO Box 3023
Niagara Falls, NY 14304-7321



11/03/2015

6002                          B-01-DJI-AM-00213
GLOBAL PYROTECHNIC SOLUTIONS, INC.
C/O SUSAN HARVEY 10476 SUNSET DRIVE
DITTMER MO 63023



*Continental Service Group, Inc.*

ConServe

A Debt Collection Agency
200 CrossKeys Office Park
Fairport, NY 14450
866-562-3255

| Re: | U.S. Department of the Treasury, FMS | |
| --- | --- | --- |
| For: | Department of Labor | |
| Agency ID: | 2015024556A | |
| Debt ID: | 2015024556 | |
| Principal: | | $20,100.00 |
| Creditor Assessed Interest: | | $303.84 |
| Creditor Assessed Admin Costs: | | $6,208.19 |
| Creditor Assessed Penalties: | | $1,722.54 |
| **Total Due:** | **$28,334.57** | |

Rate of Interest:  1.00%
Date of Last Pyt:  Not Provided by Treasury

The U.S. Department of the Treasury, Financial Management Service (FMS) has referred your Department of Labor account to ConServe, a Private Collection Agency for immediate collection.  You are responsible to repay this debt.

As of the date of this letter, you owe the balance shown on this letter.  Because your Federal debt may require you to pay interest on the outstanding portion of your balance, as well as other Creditor assessed charges, which vary from day to day, the amount required to pay your Federal debt in full may be greater than the amount stated here.  We encourage you to call prior to making a payment intended to pay your account in full.  Do Not Delay.

**Send Payments with Coupon To:**          **Send Only Correspondence (No Payments) To:**
U.S. DEPARTMENT OF THE TREASURY          CONSERVE
FMS DMS CON                               P.O. BOX 1528
P.O. BOX 979111                           FAIRPORT, NY 14450
SAINT LOUIS MO 63197-9000                 Toll Free Telephone Number: 866-562-3255

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. Federal Law prohibits unfair collection practices.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**NOTICE:  SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

*Continental Service Group, Inc.*

ConServe

A Debt Collection Agency
200 CrossKeys Office Park
Fairport, NY 14450
866-562-3255

ConServe Acct #:  1079425

| Re: | U.S. Department of the Treasury, FMS |
| --- | --- |
| For: | Department of Labor |
| Agency ID: | 2015024556A |
| Debt ID: | 2015024556 |
| Total Due: | $28,334.57 |
| Amount Enclosed: $ | _____ |

Mail Payment To:


U.S. DEPARTMENT OF THE TREASURY
FMS DMS CON
P.O. BOX 979111
SAINT LOUIS MO 63197-9000

979111 2015024556A2 2833457 0

1079425

2015024556A

under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

**CALIFORNIA:** As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the notice on the front of this letter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 A.M. or after 9 P.M. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**COLORADO:** FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. Our Registered Trade name in the state of Colorado is ConServe, NY. Our in-state office address and telephone number is 621 Seventeenth Street, Suite 1800, Denver, Colorado 80293; (303) 302-7101.

A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

**MAINE:**
Our hours of operation are 8:00 am – 9:00 pm (ET) Monday through Thursday; 8:00 am – 5:00 pm (ET) on Friday.

**MASSACHUSETTS:**
Our office address is 200 CrossKeys Office Park, Fairport, NY and our hours are 8:00 am – 9:00 pm (ET) Monday through Thursday; 8:00 am – 5:00 pm (ET) on Friday.

**NOTICE OF IMPORTANT RIGHTS**
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**MINNESOTA: THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE. OUR REGISTERED ASSUMED NAME IN THE STATE OF MINNESOTA IS CONSERVE-ARM.**

**NORTH CAROLINA:** North Carolina Permit Number: 100740

**PUERTO RICO:** Our collection agency is authorized to do business in Puerto Rico as Continental Service Group, Inc.

**TENNESSEE:** This Collection Agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**UTAH:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter

**WISCONSIN: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org**

ADDRESS CHANGES
Please indicate any corrections/changes below.

Name _____

Address _____

City, State, ZIP _____

To pay by credit card, check appropriate box and complete form below.

☐ [MasterCard]    ☐ [VISA]    ☐ [Discover]    ☐ [AmEx]

Credit Card #: _____

Payment Amount: _____    Expiration Date: _____

Cardholder's Name: _____

Signature: _____

Government Exhibit

5

exhibitstickers.com #520



# U.S. DEPARTMENT OF THE TREASURY
## BUREAU OF THE FISCAL SERVICE
### WASHINGTON, D.C. 20227

## ACTING ON BEHALF OF
## U.S. Department of Labor, Occupational Safety & Health Administration
## CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Global Pyrotechnic Solutions, Inc.
10476 Sunset Drive
Dittmer, MO 63023

RE: Treasury Claim TRFM2015024556

I certify that the U.S. Department of Labor, Occupational Safety & Health Administration (OSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $20,100.00 |
| Interest through 10/17/18*: | $    899.13 |
| Penalty fee through 10/17/18*: | $ 5,294.28 |
| Admin fee: | $     10.00 |
| DMS fees: | $ 8,417.09 |
| DOJ fees: | $ 1,073.83 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 10/17/18:     $35,794.33**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service and/or DOJ, interest continues to accrue at the rate of 1% per annum and penalty continues to accrue at the rate of 6% per annum.

This debt reportedly arose in connection with the numerous workplace safety violations of the Occupational Safety and Health Act of 1970 (29 U.S.C. 650/651 et seq.) and OSHA regulations (29 C.F.R. 1926), as noted during the March – September 2012 OSHA inspections of the debtor's work site at 10476 Sunset Drive, Dittmer, MO 63023.

**CERTIFICATION:**   Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Occupational Safety & Health Administration.

X   _Ashleigh Edmonds_

October 17, 2018

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | GLOBAL PYROTECHNIC SOLUTIONS, INC. |

**(b)**   County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Jefferson
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**   Attorneys *(Firm Name, Address, and Telephone Number)*

JANE RUND, ASSISTANT UNITED STATES ATTORNEY
111 SOUTH 10TH STREET, ROOM 20.333, ST. LOUIS, MO 63102

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
     Plaintiff

☐ 3   Federal Question
       *(U.S. Government Not a Party)*

☐ 2   U.S. Government
     Defendant

☐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                       *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
     Proceeding

☐ 2   Removed from
     State Court

☐ 3   Remanded from
     Appellate Court

☐ 4   Reinstated or
     Reopened

☐ 5   Transferred from
     Another District
     *(specify)*

☐ 6   Multidistrict
     Litigation -
     Transfer

☐ 8   Multidistrict
     Litigation -
     Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. 3717(e)

Brief description of cause:
Debt owed to U.S. Dept. of Labor, Occupational Safety & Health Administration

| VII.  REQUESTED IN COMPLAINT: | ☐   CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. | DEMAND $ 35,794.33 | CHECK YES only if demanded in complaint: JURY DEMAND:   ☐ Yes   ☒ No |
|---|---|---|---|

**VIII.  RELATED CASE(S)**
**IF ANY**     *(See instructions):*      JUDGE _____     DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 02/26/2019 | *Jane Rund* |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA          , | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No.  4:19CV319 |
| GLOBAL PYROTECHNIC SOLUTIONS, INC.          , | ) ) ) | |
| Defendant, | ) ) ) | |

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY
WHEN INITIATING A NEW CASE.**

☐     THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____

AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐     THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY

PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS _____ AND

THAT CASE WAS ASSIGNED TO THE HONORABLE _____.  THIS CASE MAY,

THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒     NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT

COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE

MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 02/26/2019 _____          _____
                                          Signature of Filing Party

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| GLOBAL PYROTECHNIC SOLUTIONS, INC. | ) |
| *Defendant* | ) |

Civil Action No.   4:19CV319

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:  GLOBAL PYROTECHNIC SOLUTIONS, INC.

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court.  It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver.  To avoid these expenses, you must return the signed waiver within   30   days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.  The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.  And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date:      02/26/2019

*Signature of the attorney or unrepresented party*

JANE RUND
*Printed name*

111 South Tenth Street, Room 20.333
St. Louis, MO 63102

*Address*

jane.rund@usdoj.gov
*E-mail address*

314-539-7636
*Telephone number*

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:19CV319 |
| GLOBAL PYROTECHNIC SOLUTIONS, INC. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  UNITED STATES OF AMERICA
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____02/26/2019_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.